■ PATRICIA KARAM, Individually and as Administratrix of the Estate of TONY KARAM, Deceased, Appellant-Respondent, v ADIRONDACK NEUROSURGICAL SPECIALISTS, P.C., et al., Defendants, and ST. ELIZABETH MEDICAL CENTER et al., Respondents-Appellants. (Appeal No. 1.) [984 NYS2d 907]—Appeal and cross appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered November 19, 2012 in a medical malpractice and wrongful death action. The order, among other things, denied plaintiff's motion to set aside the jury verdict.

peal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered May 21, 2013 in a medical malpractice and wrongful death action. The order, among other things, denied plaintiff's motion to renew.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.